# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOSEPH RAETANO,

    Plaintiff,

v.                                                   Case No: 8:11-cv-2691-T-30AEP

STANLEY PROPERTIES, LLC,

    Defendant.

_____

## ORDER

    The Court has been advised via Plaintiff's Notice of Settlement (Dkt. #23) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida, this 24th day of April, 2013.

                                                             JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cv-2691 dismissal.docx